UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

JUSTINA TUTTLE,

             Defendant.

Case No. 21-607 MLP

DETENTION ORDER

<u>Offenses charged</u>:

      Ms. Tuttle is charged with murder in the second degree, 18 U.S.C. §§ 1111, 1152, 1153, and 2; assault resulting in serious bodily injury, 18 U.S.C. §§ 113(a)(6), 1152, 1153, and 2; and assault with a dangerous weapon, 18 U.S.C. §§ 113(a)(3), and 1153. The Court held a detention hearing on November 19, 2021, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Ms. Tuttle poses a risk of nonappearance due to the severity of the charges, previous convictions for failure to appear, poor compliance with court orders, and probation violations. In addition, her ties to this district are minimal. Ms. Tuttle poses a risk

DETENTION ORDER - 1

of danger to the community due to the nature of the offense. In addition, Ms. Tuttle has a history of noncompliance while on probation.

2. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Ms. Tuttle's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Ms. Tuttle shall be detained pending her initial appearance in the Southern Division of the District of South Dakota and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Ms. Tuttle shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Ms. Tuttle is confined shall deliver her to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Ms. Tuttle, to the United States Marshal, and to the United States Pretrial Services Officer.

//
//

Dated this 19th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3